**DISMISS and Opinion Filed December 13, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00799-CV**

**IN THE INTEREST OF H.J.S., A CHILD**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-25137**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

This appeal challenges an order confirming child support arrearage and reducing the arrearage to judgment. The order was signed by an associate judge following a trial on the merits.

Generally, under Texas Family Code sections 201.013 and 201.016, the applicable associate judge provisions, an associate judge's order or judgment becomes the order or judgment of the referring court and is appealable to an appellate court only on the referring court's signing the order or judgment. *See* TEX. FAM. CODE ANN. §§ 201.013(b), 201.016(b). However, an associate judge's order or judgment may be directly appealed to an appellate court if, prior to the start of the hearing conducted by the associate judge, the parties waive, in writing, their right to

a de novo hearing before the referring court. *See id.* § 201.016(c); *see also id* §
201.007(a)(16) (allowing associate judge to render and sign final order where parties
waive right to de novo hearing in writing).

Because the record here did not reflect the parties waived their right to a de
novo hearing and the order is signed by the associate judge only, we questioned our
jurisdiction over the appeal and directed appellant to file a letter brief addressing our
concern. Although we cautioned appellant that failure to comply could result in
dismissal of the appeal without further notice, *see* TEX. R. APP. P. 42.3(a),(c), more
than ten days have passed and appellant has not complied. Accordingly, on the
record before us, we dismiss the appeal for want of jurisdiction. *See id.* 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220799F.P05

–2–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF H.J.S., MINOR CHILD

No. 05-22-00799-CV

On Appeal from the 303rd Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-16-25137. Opinion delivered by Chief Justice Burns, Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Avery Nicole Schultz recover her costs, if any, of this appeal from appellant Burke Caton Schultz.

Judgment entered December 13, 2022